HOME INSURANCE COMPANY v. PAUL BOCCIA, INC.

May 8, 1984.

Petition for certification denied.

DOWEL ASSOCIATES v. CARO BAG, INC. AND
BAG BAZAAR, INC.

May 8, 1984.

Petition for certification denied.

JULIUS C. FAVOR v. THOMAS & BETTS COMPANY.

May 8, 1984.

Petition for certification denied.

WILLIAM T. VEROST v. THE BOARD OF EDUCATION OF
VILLAGE OF RIDGEWOOD.

May 8, 1984.

Petition for certification denied.